# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Quartz Auto Technologies LLC, | |
| Plaintiff, | Civil Action No. 1:21-cv-01545 |
| v. | The Honorable Thomas M. Durkin |
| Grubhub Holdings, Inc., | |
| Defendant. | |

## UNOPPOSED MOTION TO WITHDRAW
## NICOLE L. LITTLE AS COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 83.17, Plaintiff Quartz Auto Technologies ("Plaintiff") moves this Court to withdraw attorney Nicole L. Little who has appeared as counsel of record for Plaintiff. Attorneys Timothy P. Maloney and Jacqueline L. Thompson of Fitch, Even, Tabin & Flannery LLP will remain as counsel for Plaintiff. As such, the withdrawal of Ms. Little will not delay this proceeding, and no prejudice will result to any party. On June 7, 2023, Eric Faragi, counsel for Defendant Grubhub Holdings, Inc. ("Defendant"), confirmed that Defendant does not oppose this Motion.

Respectfully submitted,

Dated: June 13, 2023

*/s/* Timothy P. Maloney
Timothy P. Maloney (IL 6216483)
tim@fitcheven.com
Jacqueline Thompson (IL 6333461)
jthompson@fitcheven.com
FITCH, EVEN, TABIN & FLANNERY LLP
120 South LaSalle Street, Suite 2100
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007
*Attorneys for Plaintiff*
*Quartz Auto Technologies LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2023 a copy of the foregoing document was caused to be served on all counsel of record via CM/ECF, which will send notification of such filing to all registered participants.

/s/ Timothy P. Maloney
Timothy P. Maloney
*Attorney for Plaintiff*